**Order entered August 27, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00369-CV

### SATFRAZ TAJ AND ZUBEDA TAJ, Appellants

### V.

### HIGHLANDER COMMUNITY SERVICES AND INVESTMENT, LLC, Appellee

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-02669-2018**

## ORDER

Based on the Court's opinion of this date, we **DENY** as moot appellee's August 26, 2019 motion to dismiss and **VACATE** our April 1, 2019 order enjoining appellee from proceeding with the sale of the property that is the subject of the underlying litigation or otherwise dispossessing appellant of the property.

/s/    ERIN A. NOWELL
        JUSTICE